**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RUOXI HAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, et al.

Defendants.

Case No. 5:26-cv-02771-SVK




**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending application of the Plaintiff Ruoxi Han. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ruoxi Han hereby voluntarily dismisses the instant action with prejudice. Each side to bear their own fees and costs.

*/s/ Christina Sullivan Castro*
Christina Sullivan Castro
CA B# 328326
Hacking Immigration Law, LLC
10121 Manchester Rd, Suite A,
St. Louis, MO 63122
Telephone: (314) 961-8200
Facsimile: (314) 961-8201
E-mail: csullivan@hackingimmigrationlaw.com

**ATTORNEY FOR PLAINTIFF**
Ruoxi Han

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

***/s/ Christina Sullivan Castro***

Christina Sullivan Castro
CA B# 328326
Hacking Immigration Law, LLC